UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

<u>INDICTMENT FOR CYBERSTALKING AND
SENDING THREATENING INTERSTATE COMMUNICATIONS</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25-46-JWD-EWD |
| | : | |
| *versus* | : | 18 U.S.C. § 2261A(2) |
| | : | 18 U.S.C. § 2261(b)(6) |
| ANTHONY JOSEPH DEPA | : | 18 U.S.C. § 875(c) |

<u>**THE GRAND JURY CHARGES:**</u>

<u>**Background**</u>

1. The defendant, **ANTHONY JOSEPH DEPA**, was raised in Louisiana, but in recent years has lived in California and Nevada.

2. **DEPA** became acquainted with Victims A, B, and C in Louisiana years ago. Victims A, B, and C all reside within the Middle District of Louisiana.

3. **DEPA** became acquainted with Victims D and E when they attended college together in another state.

4. Beginning in mid-January, 2025, and continuing through March 31, 2025, the defendant repeatedly threatened, harassed, and intimidated Victims A, B, and C, by sending the following messages, among others:

    a. On or about January 26, 2025, **DEPA** sent Victims A, B, and C an email message in which he said, in part, "I will kill all 3 of you when I see you in person next. . . . Not a threat. A f****** promise."

b. On or about January 27, 2025, **DEPA** sent Victim A an email in which he said, "[T]his is a threat. If I see you in person, you better have a weapon, because I will kill you. Remember, I know where you live. Tick tock . . . ."

c. That same day, **DEPA** sent Victim A an audio file in which **DEPA** said, in part, "Go to the f****** police, play this f****** message, because I am coming to [the city where Victim A lives] to kill you."

d. That same day, **DEPA** sent Victim A a text message in which he said, in part, "This is not a threat. This is a promise. I'm going to kill you."

e. On or about February 8, **DEPA** sent an email to Victims A, B, and C, and others, in which **DEPA** called several of the recipients vulgar names. **DEPA** then called Victim A a vulgar name for reporting him to the authorities, and said, "you fear for your pathetic life. You live in fear that I will jump into your stupid [the city where Victim A lives] window and end your wretched life." In a section of the email directed to Victim C, **DEPA** said, "Death to both of your . . . daughters and whore wife."

f. On or about March 10, **DEPA** sent Victims A, B, and C a video message in which he stated that he would "beat [them] to death . . . with [his] bare hands," and "kill them."

g. On or about March 23, **DEPA** sent Victim A and others a video. At the start of the recording, **DEPA** used his device's camera to film his genitals. **DEPA** then told Victim A that, instead of "killing" him, "I'm going to sneak into your wretched window and I'm going to rape [Victim A's wife]." **DEPA** then provided graphic descriptions about the threatened rape.

5. Meanwhile, beginning at least by mid-March, 2025, the defendant began to threaten, harass, and intimidate Victims D and E, among others, by sending the following messages, among others:

   a. On or about March 18, 2025, **DEPA** sent Victims D and E, and others, an email in which he told Victim D, in part, "Just know that the day you die will be by my hand, and that day is rapidly approaching. Tick tock . . . ."

   b. On March 19, Victim E responded to **DEPA's** email and made a number of derogatory remarks about **DEPA**. **DEPA** replied and said, "F*** you. And your daughter. And your life." **DEPA** said that he would "kill" Victim E "with [his] bare hands." **DEPA** also attached a video, in which he told Victim E, "I'll f****** rip your daughter's head off," and made a number of other vulgar threats directed to Victim E and members of his immediate family.

## COUNT 1
## Cyberstalking

6. Paragraphs 1 through 5 of this Indictment are incorporated herein by reference.

7. From in or about January 2025 through in or about March 2025, within the Middle District of Louisiana and elsewhere, **ANTHONY JOSEPH DEPA**, the defendant, with the intent to harass and intimidate another person, namely, Victim A, did use an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and other facilities of interstate commerce, to engage in a course of conduct, including sending electronic messages that threatened acts of violence, that placed the victim in reasonable fear of death or serious bodily injury, and engaged in a course of conduct that caused, attempted to cause, and would reasonably be expected to cause,

substantial emotional distress to the victim, and the defendant did so in violation of restraining and protective orders of the type described at Title 18, United States Code, Section 2266(5).

The above is a violation of Title 18, United States Code, Sections 2261A(2) and 2261(b)(6).

## COUNTS 2 AND 3
### Cyberstalking

8. Paragraphs 1 through 5 of this Indictment are incorporated herein by reference.

9. From in or about January 2025 through in or about March 2025, within the Middle District of Louisiana and elsewhere, **ANTHONY JOSEPH DEPA**, the defendant, with the intent to harass and intimidate another person, namely, the victims identified below, did use an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and other facilities of interstate commerce, to engage in a course of conduct, including sending electronic messages that threatened acts of violence, that placed the victims in reasonable fear of death or serious bodily injury, and engaged in a course of conduct that caused, attempted to cause, and would reasonably be expected to cause, substantial emotional distress to the victims:

| Count | Victim |
|-------|--------|
| 2 | Victim B |
| 3 | Victim C |

Each of the above is a violation of Title 18, United States Code, Section 2261A(2).

## COUNTS 4 THROUGH 6
### Interstate Threats

10. Paragraphs 1 through 5 of this Indictment are incorporated herein by reference.

11. On or about the dates below, within the Middle District of Louisiana and elsewhere, **ANTHONY JOSEPH DEPA**, the defendant, knowingly and willfully transmitted in interstate commerce threats to injure the person of another, namely, the defendant sent emails and electronic messages that contained threats to injure the individuals described below:

| Count | Date | Description |
|---|---|---|
| 4 | January 26, 2025 | **DEPA** sent Victims A, B, and C the email described in Paragraph 4(a) above |
| 5 | January 27, 2025 | **DEPA** sent Victim A the audio message described in Paragraph 4(c) above |
| 6 | March 10, 2025 | **DEPA** sent Victims A, B, and C the video message described in Paragraph 4(f) above |

Each of the above is a violation of Title 18, United States Code, Section 875(c).

UNITED STATES OF AMERICA, by

_____
APRIL M. LEON
ACTING UNITED STATES ATTORNEY

_____
ALAN A. STEVENS
ASSISTANT U.S. ATTORNEY

A TRUE BILL

**REDACTED
PER PRIVACY ACT**
GRAND JURY FOREPERSON

_____5/1/25_____
DATE

# Criminal Cover Sheet — U.S. District Court

**Place of Offense:**

City: Gonzales

County/Parish: Ascension

*Investigating Agency: FBI

*Agent: Nate Carrier

**Matter to be sealed:** ✓ Yes   ☐ No

Related Case Information:

Superseding _____ Docket Number _____
Same Defendant _____ New Defendant  X
Magistrate Case Number: _____
Search Warrant Case No.: _____
R 20/ R 40 from District of: _____
Any Other Related Cases: _____

**Defendant Information:**

Defendant Name: Anthony Joseph Depa

Alias: _____

Address: _____

Birthdate: _____ SS #: _____ Sex: ___ Race: _____ Nationality: _____

**U.S. Attorney Information:**

AUSA: Alan A. Stevens     Bar #: _____

**Interpreter:** ☐ Yes  ✓ No     List language and/or dialect: _____

**Location Status:**

Arrest Date _____
_____ Already in Federal Custody as of _____
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 6

| Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 18 U.S.C. § 2261A(2) | Cyberstalking | 1-3 | F |
| 18 U.S.C. § 875(c) | Interstate Threats | 4-6 | F |

(May be continued on second sheet)

Date: 5/1/2025     Signature of AUSA: _[signature]_